1988661

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

December 6, 2005

RECEIVED
BY MAIL
DEC 27 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
DEC 12 2005
MICHAEL GANS
CLERK OF COURT

Re: Dwayne Travoy Dillard
v. United States
No. 05-7946
(Your No. 03-2518)

CR 01-299(1)MJD/JGL

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 23, 2005 and placed on the docket December 6, 2005 as No. 05-7946.

Sincerely,

**William K. Suter**, Clerk

by Melissa Blalock

Melissa Blalock
Case Analyst

RECEIVED
1 2 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT