2004545

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

January 9, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

FILED
JAN 17 2006
MICHAEL GANS
CLERK OF COURT

Re: Dwayne Travoy Dillard
v. United States
No. 05-7946
(Your No. 03-2518)

CR 01-299 (1) MJD/JGL

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

RECEIVED
JAN 17 2006
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
FEB 16 2006
U.S. DISTRICT COURT ST. PAUL