# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: CR 01-299(MJD)
CV 07-172(MJD)

DWAYNE TRAVOY DILLARD,

Defendant.

I hereby certify that on March 15, 2007, I served, or caused to be served, the following documents:

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Daniel M. Mohs, Esq.
201 Ridgewood Avenue
Minneapolis, MN 55403-3508
TEL: 870-1616
FAX: 870-0689
Email: danmohs@mac.com

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant