UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dwayne Travoy Dillard,

Petitioner,

v.

ORDER
Crim. No. 01-299

United States of America,

Respondent.

---

This matter is before the Court on Petitioner's Motions to Proceed *Pro Se* and for an Extension of Time in which to file a Reply Brief in Support of his § 2255 Petition.

Based on Petitioner's submissions, the Court will grant his motions.

IT IS HEREBY ORDERED that Petitioner is allowed to proceed *pro se* and may file a reply brief in support of the petition pursuant 28 U.S.C. § 2255 within 30 days from the date of this Order.

Date: May 1, 2007

s / Michael J. Davis
Michael J. Davis
United States District Court