UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dwayne Travoy Dillard,

Defendant/Petitioner,

v.

United States of America,

Plaintiff/Respondent.

ORDER
Crim. No. 01-299 (MJD)

---

Petitioner is *pro se.*

David P. Steinkamp, Assistant United States Attorney for and on behalf of Respondent.

---

By Order dated September 24, 2007, this Court denied Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence. Currently before the Court is Petitioner's motion to alter or amend judgment pursuant to Federal Rules of Civil Procedure 59(e). In this motion, Petitioner asserts that this Court erred in denying his motion because his counsel was ineffective.

The Court will treat Petitioner's motion as one for reconsideration.

> Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discovered evidence. Such motions cannot in any case be employed as a vehicle to introduce new evidence that could have been adduced during pendency of the summary

> judgment motion. . . . Nor should a motion for reconsideration serve as the occasion to tender new legal theories for the first time.

Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1988). As the basis for Petitioner's motion is a reargument of his ineffective assistance of counsel claim, his motion must be denied.

IT IS HEREBY ORDERED that Petitioner's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) [Doc. No. 190] is DENIED.

Date:

s / Michael J. Davis
Michael J. Davis
United States District Court