# UNITED STATES DISTRICT COURT
## District of Minnesota

### REVISED INFORMATION SHEET - Criminal Cases Only

1. United States of America -v- Dwayne Travoy Dillard CR 01-299 (1) MJD/JGL
2. Defendant and Address: Dwayne Travoy Dillard
   Reg No. 09424-041
   FMC - Rochester
   PMB 4000
   Rochester MN 55903
3. Date of verdict: (x) N/A
4. Appealing: (x) Order denying 2255 Motion and Order denying Motion to Alter or Amend
5. Sentence: Custody of BOP for months, yrs supervised released, spec assmt of $
6. Date sentence imposed:
7. Defendant incarcerated? (x) Yes
8. Financial Status: Fee paid? (x) N/A Counsel appointed
9. Notice of Appeal was filed on 3/20/08
10. Court Reporter: n/a, no hearing held
11. Trial Counsel: n/a, Appeal filed by defendant pro se
12. Trial counsel was: (x) N/A Pro Se

    Is there any reason why trial counsel should not be appointed on appeal? () yes () No
13. Assistant U.S. Attorney: David Steinkamp PHONE #: (612) 664-5600
14. List of other defendants in this case & disposition:
15. Additional Comments:
    Probation- **It is not necessary to send the PSI**, addendums and Statement of Reasons to the Criminal Unit (STP).

Prepared by: lg