**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 08-1843

---

Dwayne Travoy Dillard,

Petitioner - Appellant

v.

United States of America,

Respondent - Appellee

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:07-cv-00172-MJD)

---

**JUDGMENT**

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

June 03, 2008

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Michael E. Gans