**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 08-1843

Dwayne Travoy Dillard,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the District of Minnesota - St. Paul
(0:07-cv-00172-MJD)

---

**MANDATE**

In accordance with the judgment of June 03, 2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 15, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit